UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE COMPANY,

        Plaintiff,

    v.

ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al.,

        Defendants.
_____/

NO. CIV. S-07-1015 LKK/EFB

O R D E R

The court admitted three attorneys pro hac vice in the above-captioned case on June 13, 2007. However, it appears that the attorney designated on these applications, Marc Jacobs, is not in fact admitted to the Eastern District of California.

Accordingly, the court hereby STRIKES the pro hac vice orders on June 13, 2007.

IT IS SO ORDERED.

DATED: June 18, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT