UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE
COMPANY,

                                    NO. CIV. S-07-1015 LKK/EFB

          Plaintiff,

     v.
                                    O R D E R

ACCESS CLAIMS ADMINISTRATORS,
INC., and DOES 1 through 75,
inclusive, et al.,

          Defendants.
_____/

     The status conference currently set for August 20, 2007 is

hereby CONTINUED to August 27, 2007 at 10:00 a.m.

     IT IS SO ORDERED.

     DATED:  August 16, 2007.


                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1