Mona Z. Hanna, Esq., SBN 131439
**MICHELMAN & ROBINSON, LLP**
4 Hutton Centre Drive, Suite 300
Santa Ana, California 92707
Telephone: (714) 557-7990
Facsimile: (714) 557-7991

Robert E. Davies, Esq., SBN 106810
**CAULFIELD, DAVIES & DONAHUE LLP**
P.O. Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Lewis E. Hassett, Esq.
Jessica F. Pardi, Esq.
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

**Attorneys for Defendant:**
**ACCESS CLAIMS ADMINISTRATORS, INC.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al.,<br><br>　　　　Defendants. | Case No. 2:07-cv-01015-LKK-EFB<br><br>**MOTION TO QUASH SUBPOENA DUCES TECUM TO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY**<br><br>Hearing Date:　05/28/2008<br>Hearing Time:　10:00 a.m.<br>Hearing Judge: Hon. Edmund Brennan<br>Hearing Dept.: Courtroom 25<br>Complaint Filed: April 9, 2007<br>Trial Date:　T.B.A. |

COMES NOW Access Claims Administrators, Inc. ("Access Claims") and, pursuant to Fed. R. Civ. P. 45, files this Motion to Quash Subpoena Duces Tecum to American International Specialty Lines Insurance Company (the "Motion") pursuant to Federal Rule of Civil Procedure 45.

Access Claims makes this Motion for the following reasons:

1. The Subpoena demands protected settlement materials;

2. The Subpoena demands protected mediation materials; and

3. The Subpoena demands materials protected by F.R.C.P. 26 and the work product doctrine.

In support of the Motion, Access Claims files contemporaneously herewith the following documents:

1. Brief in Support of Motion to Quash Subpoena Duces Tecum to American International Specialty Lines Insurance Company;

2. Affidavit of Michael H. Meadows;

3. Affidavit of Lewis E. Hassett; and

4. Affidavit of Jessica F. Pardi.

1     This 8th day of April, 2008.

                              MORRIS, MANNING & MARTIN, LLP

                              */s/ James J. Paul*

                              Lewis E. Hassett
                              Georgia Bar No. 336140
                              Jessica F. Pardi
                              Georgia Bar No. 561204
                              Benjamin T. Erwin
                              Georgia Bar No. 143055

                              Attorneys for Access Claims
                              Administrators, Inc.

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 233-7000
Fax: (404) 365-9532

OF COUNSEL:

Sanford L. Michelman, Esq., SBN 179702
Mona Z. Hanna, Esq., SBN 131439
Marc R. Jacobs, Esq., SBN 185924
MICHELMAN & ROBINSON, LLP
4 Hutton Centre Drive, Suite 300
Santa Ana, California 92707
Telephone:  (714) 557-7990;
Facsimile:  (714) 557-7991

Robert E. Davies, Esq. (California Bar No. 106810)
CAULFIELD, DAVIES & DONAHUE LLP
P.O. Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile:  (916) 817-2644

Mona Z. Hanna, Esq., SBN 131439
**MICHELMAN & ROBINSON, LLP**
4 Hutton Centre Drive, Suite 300
Santa Ana, California 92707
Telephone:   (714) 557-7990;
Facsimile:   (714) 557-7991

Robert E. Davies, Esq., SBN 106810
**CAULFIELD, DAVIES & DONAHUE LLP**
P.O. Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Lewis E. Hassett, Esq.
Jessica F. Pardi, Esq.
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road
Atlanta, Georgia 30326
Telephone:   (404) 233-7000;
Facsimile:    (404) 365-9532

**Attorneys for Defendant:**
**ACCESS CLAIMS ADMINISTRATORS, INC.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, | ) Case No. 2:07-cv-01015-LKK-EFB |
| Plaintiff, | ) |
| v. | ) **MOTION TO QUASH SUBPOENA DUCES TECUM TO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY** |
| ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al., | ) |
| Defendants. | ) Complaint Filed: APRIL 9, 2007 |

**CERTIFICATE OF SERVICE**

4

Motion to Quash Subpoena
Duces Tecum to AISLIC

I hereby certify that on April _8_, 2008, I electronically filed with the Clerk of Court the foregoing MOTION TO QUASH SUBPOENA DUCES TECUM TO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Brian P. Worthington, Esq.
> Ryan Mercaldo & Worthington LLP
> 3636 Nobel Drive, Suite 200
> San Diego, California  92122
>
> Steven W. Zoffer, Esq.
> Frederick W. Bode, III, Esq.
> Dickie, McCamey & Chilcote, P.C.
> Two PPG Place, Suite 400
> Pittsburgh, Pennsylvania  15222-5402

This _8_ day of April, 2008.

MORRIS, MANNING & MARTIN, LLP

_____
Benjamin T. Erwin
Georgia Bar No. 143055

Attorneys for Access Claims Administrators, Inc.

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 233-7000
Fax: (404) 365-9532