UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE COMPANY,

        Plaintiff,

    v.

ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al.,

        Defendants.
_____/

NO. CIV. S-07-1015 LKK/EFB

O R D E R

    Pursuant to the telephone conference held on May 5, 2008, the scheduling order is AMENDED accordingly:

    1.    All discovery shall be conducted so as to be completed no later than October 10, 2008;

    2.    All Law and Motion matters shall be filed so as to be heard no later than December 10, 2008;

    3.    The final pretrial conference is set for March 16, 2009 at 1:30 P.M.;

    4.    The trial is set for June 16, 2009.

////

1   IT IS SO ORDERED.

2   DATED: May 7, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2