Mona Z. Hanna, Esq., SBN 131439
**MICHELMAN & ROBINSON, LLP**
4 Hutton Centre Drive, Suite 300
Santa Ana, California 92707
Telephone: (714) 557-7990
Facsimile: (714) 557-7991

Robert E. Davies, Esq., SBN 106810
**CAULFIELD, DAVIES & DONAHUE LLP**
P.O. Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Lewis E. Hassett, Esq.
Jessica F. Pardi, Esq.
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

**Attorneys for Defendant:**
**ACCESS CLAIMS ADMINISTRATORS, INC.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al., <br><br> Defendants. | Case No. 2:07-cv-01015-LKK-EFB <br><br> **CONSENT ORDER ON MOTION TO QUASH SUBPOENA DUCES TECUM TO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY** <br><br> Complaint Filed: APRIL 9, 2007 |

On April 8, 2008, the Defendant, Access Claims Administrators, Inc. ("Access Claims"), filed its Motion to Quash Subpoena Duces Tecum to American International Specialty Lines Insurance Company (the "Initial Motion to Quash"). On May 9, 2008, the Plaintiff, Lincoln General Insurance Company ("Lincoln"), filed its Memorandum of Points and Authorities in Opposition to Defendant, Access Claims Administrators', Motion to Quash Subpoena Duces Tecum to American International Specialty Lines Insurance Company.

On May 28, 2008, this Court entered an Order denying the Initial Motion to Quash without prejudice but allowing Access Claims to re-file, if necessary, once a privilege log was completed. On June 23, 2008, Access Claims filed with the Court the Revised Privilege Log of Access Claims Administrators, Inc. and American International Specialty Lines Insurance Company.

On July 3, 1008, Access Claims filed its Renewed Motion to Quash Subpoena Duces Tecum to American International Specialty Lines Insurance Company (the "Renewed Motion to Quash"), and on August 1, 2008, Lincoln filed its Memorandum of Points and Authorities in Opposition to Defendant Access Claims Administrators' Renewed Motion to Quash Subpoena Duces Tecum to American International Specialty Lines Insurance Company.

The parties having conferred further and having reached a settlement of the Renewed Motion to Quash, and

having presented this Consent Order to the Court, and the terms of the Consent Order appearing reasonable,

IT IS HEREBY ORDERED as follows:

1. Access Claims shall produce, without redaction, the settlement agreement entered into between AIG Specialty Lines Insurance Company ("AIG Specialty") and Access Insurance Holdings, Inc. (the "Settlement Agreement"), within five business days of entry of this Consent Order.

2. Neither Access Claims nor AIG Specialty is required to produce any other documents in response to subpoenas served by Lincoln, nor shall Lincoln seek such documents via discovery from Access Claims in this case.

3. Lincoln shall maintain the confidentiality of the Settlement Agreement in accordance with this Court's Stipulated Confidentiality and Protective Order entered June 30, 2008.

This Consent Order having disposed of the Renewed Motion to Quash, the same is hereby dismissed as moot. Accordingly, the hearing scheduled for September 10, 2008, is vacated.

SO ORDERED, this 4th day of September, 2008.

_____
Edmund F. Brennan
U.S. Magistrate Judge

Consented and agreed to this 26th day of August, 2008.

                    RYAN MERCALDO & WORTHINGTON LLP

                    s/ Brian P. Worthington
                    Brian P. Worthington
                    California Bar No. 179590

                    Attorneys for Lincoln General Insurance Company

3636 Nobel Drive
Suite 200
San Diego, California  92122
Phone: (858) 455-8700
Fax: (858) 455-8701

                    MORRIS, MANNING & MARTIN, LLP

                    s/ Jessica F. Pardi
                    Jessica F. Pardi
                    Georgia Bar No. 561204

                    Attorneys for Access Claims Administrators, Inc.

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 233-7000
Fax: (404) 365-9532