IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE
COMPANY,

      Plaintiff,

vs.

ACCESS CLAIMS
ADMINISTRATORS, INC., et al.,

      Defendants.

No. CIV S-07-1015 LKK EFB

<u>ORDER</u>

      Presently pending is defendant's motion to compel discovery filed October 10, 2008, and noticed for hearing on this court's November 12, 2008 law and motion calendar. However, the discovery deadline in this case was October 10, 2008. *See* Order filed May 7, 2008, at 1 ("All discovery shall be conducted so as to be completed no later than October 10, 2008."). As defined by the district judge's Status (Pretrial Scheduling) Order filed December 28, 2007, "[t]he word 'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with." *See* Order filed December 28, 2007, at 5. That order further required that motions to compel discovery be heard no later than one month before the discovery deadline.

////

1

As this court has no authority to consider a discovery motion after close of discovery, defendant's motion to compel discovery is untimely and will therefore be vacated from this court's November 12, 2008 law and motion calendar.

SO ORDERED.

DATED: October 10, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE