UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE COMPANY,

        Plaintiff,

    v.

ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al.,

        Defendants.
_____/

NO. CIV. S-07-1015 LKK/EFB

O R D E R

        Pending before the court is defendant's ex parte motion to reopen time to file discovery motions. Plaintiff opposes the motion. No good cause appearing, the court DENIES the motion.

    IT IS SO ORDERED.

    DATED:  October 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1