Lewis E. Hassett, Esq.
Jessica F. Pardi, Esq.
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Robert E. Davies, Esq., SBN 106810
**CAULFIELD, DAVIES & DONAHUE LLP**
P.O. Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Mona Z. Hanna, Esq., SBN 131439
**MICHELMAN & ROBINSON, LLP**
4 Hutton Centre Drive, Suite 300
Santa Ana, California 92707
Telephone: (714) 557-7990
Facsimile: (714) 557-7991

**Attorneys for Defendant:**
**ACCESS CLAIMS ADMINISTRATORS, INC.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, | Case No. 2:07-cv-01015-LKK-EFB |
| Plaintiff, | |
| v. | **ORDER PERMITTING DEFENDANT TO FILE BRIEF EXCEEDING PAGE LIMITATION** |
| ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al., | |
| Defendants. | Complaint Filed: APRIL 9, 2007 |

1

**Order Permitting Defendant to File Brief Exceeding Page Limitation**

PDF created with pdfFactory trial version www.pdffactory.com

Having considered Defendant Access Claims Administrators, Inc.'s Application for Permission to File Brief Exceeding Page Limitation, and finding that good cause exists for granting the requested relief, the Court hereby ORDERS and ADJUDGES that Defendant Access Claims Administrators, Inc. may file a brief in support of motion for summary judgment not to exceed 40 pages in length.

SO ORDERED, this 4th day of November, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
**Order Permitting Defendant to File Brief Exceeding Page Limitation**

PDF created with pdfFactory trial version www.pdffactory.com