1  Lewis E. Hassett, Esq.
2  Jessica F. Pardi, Esq.
   **MORRIS, MANNING & MARTIN, LLP**
3  1600 Atlanta Financial Center
4  3343 Peachtree Road
   Atlanta, Georgia 30326
5  Telephone: (404) 233-7000
6  Facsimile: (404) 365-9532

7  Robert E. Davies, Esq., SBN 106810
   **CAULFIELD, DAVIES & DONAHUE LLP**
8  P.O. Box 277010
9  Sacramento, CA 95827-7010
   Telephone: (916) 817-2900
10 Facsimile: (916) 817-2644

11
   Mona Z. Hanna, Esq., SBN 131439
12 **MICHELMAN & ROBINSON, LLP**
   4 Hutton Centre Drive, Suite 300
13 Santa Ana, California 92707
14 Telephone: (714) 557-7990
   Facsimile: (714) 557-7991
15

16 **Attorneys for Defendant:**
   **ACCESS CLAIMS ADMINISTRATORS, INC.**
17

18                **UNITED STATES DISTRICT COURT**
                  **EASTERN DISTRICT OF CALIFORNIA**
19                      **SACRAMENTO DIVISION**

20 LINCOLN GENERAL INSURANCE    ) Case No. 2:07-cv-01015-LKK-
   COMPANY,                     ) EFB
21                              )
             Plaintiff,         )
22                              ) **ORDER AUTHORIZING DEFENDANT**
       v.                       ) **TO FILE MOTION FOR SUMMARY**
23                              ) **JUDGMENT IN REDACTED FORM**
24 ACCESS CLAIMS                ) **AND SUPPORTING MATERIALS**
   ADMINISTRATORS, INC., and    ) **UNDER SEAL ELECTRONICALLY**
25 DOES 1 through 75,           )
26 inclusive, et al.,           ) Complaint Filed: APRIL 9,
             Defendants.        ) 2007
27 _____)

28

                                 1
   **Order Authorizing Defendant to File Motion for Summary Judgment in Redacted**
         **Form and Supporting Materials Under Seal Electronically**

PDF created with pdfFactory trial version www.pdffactory.com

Having considered Joint Stipulation for Order Authorizing Defendant to File Motion for Summary Judgment in Redacted Form and Supporting Materials Under Seal Electronically, and finding that good cause exists for such documents to be filed in redacted form and under seal, the Court hereby ORDERS and ADJUDGES that the Brief in Support of Defendant Access Claims' Motion for Summary Judgment ("Brief"), the Statement of Undisputed Facts in support of Defendant Access Claims' Motion for Summary Judgment ("Statement"), and Appendix of Exhibits accompanying Defendant Access Claims' Motion for Summary Judgment ("Appendix") shall be filed in redacted form, and unredacted versions of the Brief, Statement, and Appendix, together with the deposition transcripts in support of Defendant Access Claims' Motion for Summary Judgment shall be maintained under seal as confidential.

SO ORDERED, this 4th day of November, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com