UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE COMPANY,

        Plaintiff,

    v.

ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al.,

        Defendants.

                               /

NO. CIV. S-07-1015 LKK/EFB

O R D E R

Pending before the court is defendant's motion for reconsideration of the court's October 20, 2008 order denying defendant's motion to amend the Scheduling Order to permit defendant to file discovery motions. Defendant's motion for reconsideration largely recreates its reply in support of its original motion. The court thus concludes that defendant has not shown that there is clear error, manifest injustice or new law or facts that warrant reconsideration of the previous order. See United States v. Alexander, 106 F.3d 874, 876 (9th Cir. 1997); Costello v. United States Government, 765 F.Supp. 1003, 1009 (C.D.

1

Cal. 1991) (motions to reconsider are not vehicles permitting the unsuccessful party to "rehash" arguments previously presented).

The court clarifies, however, that although the defendant has been denied leave to amend to file additional discovery motions, both parties are under a continued obligation to supplement their disclosures and responses in accordance with Federal Rule of Civil Procedure 26(e). Although the time has expired for the parties to file motions to compel, there are other remedies to a party's violation of this duty. See, e.g., Scott & Fetzer Co. v. Dile, 643 F.2d 670, 673-74 (9th Cir. 1981) (trial court may prohibit party that violates Rule 26(e) from presenting certain evidence at trial).

Accordingly, the defendant's motion for reconsideration is DENIED.

IT IS SO ORDERED.

DATED: November 6, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT