UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE COMPANY,

      Plaintiff,

  v.

ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al.,

      Defendants.
_____/

NO. CIV. S-07-1015 LKK/EFB

O R D E R

Pending before the court is defendants' motion for summary judgment set to be heard on December 8, 2008. The court granted defendant's application to file a brief exceeding the page limitation, on the basis of the numerosity and complexity of the claims. Plaintiff now requests the same extension for its opposition brief. Good cause appearing, the court ORDERS that plaintiff may file an opposition brief not to exceed forty (40) pages in length.

IT IS SO ORDERED.

DATED: November 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT