NORMAN A. RYAN, ESQ./BAR NO. 116175
MARCO B. MERCALDO, ESQ./BAR NO. 197902
BRIAN P. WORTHINGTON, ESQ./BAR NO. 179590
RYAN MERCALDO & WORTHINGTON LLP
3636 Nobel Drive, Suite 200
San Diego, California  92122
(858) 455-8700          Facsimile: (858) 455-8701

Attorneys for Plaintiff, LINCOLN GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through75, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:07-cv-01015-LKK-EFB<br><br>**ORDER ALLOWING PLAINTIFF TO ELECTRONICALLY FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING PLEADINGS AND DOCUMENTS WITH REDACTIONS, AND UNDER SEAL**<br><br>Complaint Filed:     April 9, 2007 |

　　　Having considered the Stipulation Allowing Plaintiff to Electronically File its Opposition to Defendant's Motion for Summary Judgment and Supporting Pleadings and Documents with Redactions, and to Electronically File under Seal the Unredacted Opposition and Supporting Pleadings and Documents, and finding that good cause exists for such documents to be filed in redacted form and under seal,

　　　IT IS ORDERED that Lincoln General Insurance Company is allowed to electronically file its Opposition to Access Claims Administrators, Inc.'s Motion for Summary Judgment, and its supporting pleadings and documents in redacted form.

/ / /

/ / /

/ / /

1

ORDER ALLOWING PLAINTIFF TO ELECTRONICALLY FILE ITS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT WITH REDACTIONS AND UNDER SEAL - Case No. 2:07-cv-01015-LKK-EFB

1  IT IS FURTHER ORDERED that Lincoln General Insurance Company is allowed to file under seal the unredacted Opposition to Access Claims Administrators, Inc.'s Motion for Summary Judgment, and its supporting pleadings and documents.

Dated: November 20, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

ORDER ALLOWING PLAINTIFF TO ELECTRONICALLY FILE ITS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT WITH REDACTIONS AND UNDER SEAL - Case No. 2:07-cv-01015-LKK-EFB