1  Lewis E. Hassett, Esq.
2  Jessica F. Pardi, Esq.
   **MORRIS, MANNING & MARTIN, LLP**
3  1600 Atlanta Financial Center
4  3343 Peachtree Road
   Atlanta, Georgia 30326
5  Telephone: (404) 233-7000
6  Facsimile: (404) 365-9532

7  Robert E. Davies, Esq., SBN 106810
   **CAULFIELD, DAVIES & DONAHUE LLP**
8  P.O. Box 277010
9  Sacramento, CA 95827-7010
   Telephone: (916) 817-2900
10 Facsimile: (916) 817-2644

11 Mona Z. Hanna, Esq., SBN 131439
12 **MICHELMAN & ROBINSON, LLP**
   4 Hutton Centre Drive, Suite 300
13 Santa Ana, California 92707
14 Telephone: (714) 557-7990
   Facsimile: (714) 557-7991
15
16 **Attorneys for Defendant:**
   **ACCESS CLAIMS ADMINISTRATORS, INC.**
17

                    **UNITED STATES DISTRICT COURT**
18                   **EASTERN DISTRICT OF CALIFORNIA**
19                         **SACRAMENTO DIVISION**

20 LINCOLN GENERAL INSURANCE      ) Case No. 2:07-cv-01015-LKK-
21 COMPANY,                       ) EFB
                                  )
          Plaintiff,              )
22                                )
23     v.                         ) **ORDER PERMITTING DEFENDANT**
                                  ) **TO FILE REPLY BRIEF**
24 ACCESS CLAIMS                  ) **EXCEEDING PAGE LIMITATION**
25 ADMINISTRATORS, INC., and      )
   DOES 1 through 75,             )
26 inclusive, et al.,             ) Complaint Filed: APRIL 9,
27        Defendants.             ) 2007
   _____)
28

                                1
     **Order Permitting Defendant to File Reply Brief Exceeding Page Limitation**

PDF created with pdfFactory trial version www.pdffactory.com

Having considered Defendant Access Claims Administrators, Inc.'s Application for Permission to File Reply Brief Exceeding Page Limitation, and finding that good cause exists for granting the requested relief, the Court hereby ORDERS and ADJUDGES that Defendant Access Claims Administrators, Inc. may file a reply brief in support of motion for summary judgment not to exceed 25 pages in length.

SO ORDERED, this 25th day of November, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com