UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE COMPANY,

        Plaintiff,

    v.

ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al.,

        Defendants.

NO. CIV. S-07-1015 LKK/EFB

O R D E R

Pending before the court is defendant's motion for summary judgment currently set to be heard on December 8, 2008. Due to court congestion, the court CONTINUES the hearing to January 12, 2009 at 10:00 AM. The deadline to file a reply, if any, remains December 1, 2008.

    IT IS SO ORDERED.

    DATED:  December 2, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1