UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINCOLN GENERAL INSURANCE COMPANY,

    Plaintiff,

  v.

ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al.,

    Defendants.
_____/

NO. CIV. S-07-1015 LKK/EFB

O R D E R

The court is in receipt of defendant's motion to consider its reply brief, which was filed two days late due to defense counsel's error in calendaring. Defendant's failure to timely file the brief appears to be excusable neglect. See Fed. R. Civ. P. 6 (b)(1)(B). Accordingly, defendant's motion (Doc. No. 159) is GRANTED.

    IT IS SO ORDERED.

    DATED: December 5, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1