Lewis E. Hassett, Esq.
Jessica F. Pardi, Esq.
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Robert E. Davies, Esq., SBN 106810
**CAULFIELD, DAVIES & DONAHUE LLP**
P.O. Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Mona Z. Hanna, Esq., SBN 131439
**MICHELMAN & ROBINSON, LLP**
4 Hutton Centre Drive, Suite 300
Santa Ana, California 92707
Telephone: (714) 557-7990
Facsimile: (714) 557-7991

**Attorneys for Defendant:
ACCESS CLAIMS ADMINISTRATORS, INC.**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ACCESS CLAIMS ADMINISTRATORS, INC., and DOES 1 through 75, inclusive, et al., <br><br> Defendants. | Case No. 2:07-cv-01015-LKK-EFB <br><br> **ORDER EXTENDING DATES FOR SUBMISSION OF PRETRIAL STATEMENTS AND FOR PRETRIAL CONFERENCE** <br><br> Complaint Filed: APRIL 9, 2007 <br> Trial Date: June 16, 2009 |

1
**[Proposed] Order Extending Dates for Submission of
Pretrial Statements and for Pretrial Conference**

PDF created with pdfFactory trial version www.pdffactory.com

The Joint Stipulation for Order Extending Dates for Submission of Pretrial Statements and for Pretrial Conference having been read and considered, and good cause appearing for such,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's pretrial statement must be filed with this Court on or before March 23, 2009;

2. Defendant's pretrial statement must be filed with this Court on or before March 30, 2009; and

3. The pretrial conference is scheduled for April 6, 2009.

DATED: March 16, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
**[Proposed] Order Rescheduling Dates for Submission of Pretrial Statements and for Pretrial Conference**

PDF created with pdfFactory trial version www.pdffactory.com