Mona Z. Hanna, Esq. (SBN 131439)
Marc R. Jacobs, Esq. (SBN 185924)
**MICHELMAN & ROBINSON, LLP**
15760 Ventura Boulevard, 5th Floor
Encino, California 91436
Tel: (818) 783-5530 / Fax: (818) 783-5507
E-mail: mhanna@mrllp.com; mjacobs@mrllp.com

Lewis E. Hassett, Esq.
Jessica F. Pardi, Esq.
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road
Atlanta, Georgia 30326
Tel: (404) 233-7000 / Fax: (404) 365-9532
E-mail: lhassett@mmmlaw.com; jpardi@mmmlaw.com

Attorneys for Defendant ACCESS CLAIMS ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br>ACCESS CLAIMS ADMINISTRATORS, INC.,<br><br>Defendant. | Case No.: 2:07-cv-01015-LKK-EFB<br><br>Hon. Lawrence K. Karlton; Courtroom No. 4<br><br>**ORDER RE: STIPULATION, NOTICE OF MOTION, AND MOTION FOR WITHDRAWAL OF MICHELMAN & ROBINSON, LLP AS CO-DEFENSE COUNSEL TO ACCESS CLAIMS ADMINISTRATORS, INC.**<br><br>**DATE:** April 20, 2009<br>**TIME:** 10:00 a.m.<br>**COURTROOM: 4** |

1

**[PROPOSED] ORDER RE: STIPULATION, NOTICE OF MOTION, AND MOTION FOR WITHDRAWAL OF MICHELMAN & ROBINSON, LLP AS CO-DEFENSE COUNSEL TO ACCESS CLAIMS ADMINISTRATORS, INC.**

167059
PDF created with pdfFactory trial version www.pdffactory.com

1 On April 20, 2009 at 10:00 a.m. in Courtroom 4 of the above-entitled court,
2 Michelman & Robinson, LLP's motion for an Order relieving Michelman &
3 Robinson, LLP, and each of its attorneys including without limitation, Jeffrey
4 Farrow, Esq., Mona Hanna, Esq., Marc Jacobs, Esq. and Sanford Michelman, Esq.
5 (hereinafter Michelman & Robinson, LLP and its attorneys are collectively
6 referred to as "M&R"), as co-defense counsel for Defendant ACCESS CLAIMS
7 ADMINISTRATORS, INC ("Defendant"), came on regularly for hearing before
8 the Court. After full consideration of the papers and arguments of counsel, and
9 GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT M&R'S MOTION FOR AN ORDER RELIEVING M&R AS COUNSEL FOR DEFENDANT ACCESS CLAIMS ADMINISTRATORS, INC., is GRANTED.

Dated: March 17, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
[PROPOSED] ORDER RE: STIPULATION, NOTICE OF MOTION, AND MOTION FOR WITHDRAWAL OF MICHELMAN & ROBINSON, LLP AS CO-DEFENSE COUNSEL TO ACCESS CLAIMS ADMINISTRATORS, INC.

PDF created with pdfFactory trial version www.pdffactory.com